UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-209-RHW |
| Plaintiff, | |
| v. | ORDER GRANTING THE DEFENDANT'S MOTION AND MODIFYING CONDITIONS OF RELEASE |
| ERIC RAMON BUCHANAN, | |
| Defendant. | |

BEFORE THE COURT, without oral argument, is the Defendant's Motion to Reconsider Release Conditions (Ct. Rec. 24). The court has considered the United States' Response filed February 8, 2006.

The court finds the Defendant has been compliant with conditions of release. In addition, he has consented to undergo a mental health evaluation.

The Defendant's Motion **(Ct. Rec. 24)** is **GRANTED**. Defendant shall no longer be subject to the curfew set forth in condition of release No. 5 in this court's Order filed December 14, 2005.

DATED February 13, 2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE DEFENDANT'S MOTION
AND MODIFYING CONDITIONS OF RELEASE - 1