UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC RAMON BUCHANAN,<br><br>    Defendant. | NO. CR-05-209-RHW<br><br>**ORDER ADDRESSING PRETRIAL MOTIONS, SETTING HEARING** |

A pretrial conference was held in the above-captioned matter on March 15, 2006. Another hearing was held on March 30, 2006, at which time the Court considered Defendant's Motion to Dismiss Indictment (Ct. Rec. 37). At both hearings, Defendant was present and represented by David Miller; the Government was represented by Assistant United States Attorney Aine Ahmed. The Court made oral rulings on several motions by the prosecution and the defense. This order memorializes those rulings and sets a hearing date for Defendant's latest Motion to Continue Trial Date (Ct. Rec. 49).

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Admit Fed. R. Evid. 404(b) Evidence of Prior Bad Acts (Ct. Rec. 20) is **GRANTED**.

2. The Government's Motion *in Limine*: Punishment/Mistrial/Discovery (Ct. Rec. 22) is **RESERVED**.

3. Defendant's Motion to Dismiss Count One (Ct. Rec. 37) is **DENIED**.

4. A hearing for Defendant's Motion for Continuance of Trial Date (Ct.

**ORDER ADDRESSING PRETRIAL MOTIONS, SETTING HEARING** \* 1

1  Rec. 49) is **set** for **Monday, April 10, 2006, at 9:00 a.m.** in Spokane, Washington.
2       5.  To adequately consider Defendant's most recent motion to continue, the
3  jury trial in this matter has been **continued** to **Tuesday, April 11, 2006**.  Counsel
4  shall meet in chambers at 8:30 a.m.  Jury selection shall begin at 9:00 a.m.
5       **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
6  Order and to provide copies to counsel.
7       **DATED** this 6th day of April, 2006.

9                     *s/ Robert H. Whaley*
10                    ROBERT H. WHALEY
                      Chief United States District Judge

14  Q:\CRIMINAL\2005\Buchanan\motions.ord.wpd

**ORDER ADDRESSING PRETRIAL MOTIONS, SETTING HEARING** * 2