PROB 12C
(7/93)

Report Date: March 28, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Ramon Buchanan      Case Number: 2:05CR00209-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/6/2006

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute 500 Grams or More of Cocaine, U.S.C. § 841(a)(1) (count 1); Distribution of Ecstasy, U.S.C. § 841(a)(1) (count 2) |
| Original Sentence: | Prison - 60 Months; TSR - 48 Months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | Jeffry K. Finer |

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/15/2008

Date Supervision Expires: 12/14/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| 3 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer. |
| 4 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: Mr. Buchanan is considered in violation of his conditions of supervised release by committing a new crime; possessing a controlled substance; leaving the district without permission; and failing to notify the probation office of his arrest within 72 hours, all of which occurred on March 23, 2011.

On March 28, 2011, the undersigned officer was notified that Mr. Buchanan was arrested in the state of Idaho on March 23, 2011, for possession of marijuana; driving under the influence; and driving while license suspended. The crimes are misdemeanors under Idaho law.

According to the probable cause affidavit, report #11-745, on March 23, 2011, at 2:15 a.m., Mr. Buchanan was pulled over by Idaho State Police due to the vehicle drifting over the center line. Upon contact, the officer smelled the odor of alcohol coming from Mr. Buchanan and the odor of marijuana coming from the vehicle. Field sobriety tests were conducted, which Mr. Buchanan failed. He was arrested for driving under the influence and driving while license suspended. Mr. Buchanan refused a breath test and was taken to a hospital for a blood test to determine his blood-alcohol level.

Following his arrest, the officer located 60 grams of marijuana in the vehicle, along with candy that is believed to contain THC.

Mr. Buchanan was arrested on March 23, 2011, and to this date has failed to notify the probation office of his arrest. In addition, he did not have permission from the probation office to be outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 28, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 28, 2011
Date